UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**WILLIAM BROCK,**
also known as "Stu"
**ANTHONY ANTWON MCNAIR JR.,**
also known as "Mousey"
**ERIN SHEFFEY**
also known as "Freak",

**Defendants.**

Case No. 23-cr-26 (RCL)

## SEALED ORDER MODIFYING CONDITIONS OF DETENTION

Upon consideration of the Government's Emergency Motion to Modify Conditions of Detention and the entire record herein, for good cause shown, and in view of the Court's schedule and inability to schedule an emergency hearing sooner than this Friday, it is hereby

**ORDERED** that each defendant in this case shall be placed in segregated housing, without access to other inmates; and it is further

**ORDERED** that each defendant's access to phones and tablets will be suspended, except for calls to their attorney; and it is further

**ORDERED** that in-person visits to each defendant will be suspended, except for attorney visits; it is further

**ORDERED** that each of these conditions shall remain in effect until 6:00pm on Friday, July 26, 2024. The Court will hear from the parties about the need to extend these conditions at the beginning of the pretrial motions hearing scheduled for 10:00am on Friday, July 26, 2024.

Date: July 23, 2024

Royce C. Lamberth
United States District Judge