# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-23-cr-26-3 (RCL) |
| | : | |
| ERIN SHEFFEY | : | |
| | : | |
| _____ | : | |

## UNOPPOSED MOTION TO JOIN DEFENDANT BROCKS'S OPPOSITION TO GOVERNMENT'S MOTION TO ADMIT EVIDENCE UNDER RULE 404

Erin Sheffey, through counsel, respectfully requests that the Court allow him to join Defendant William Brock's Opposition to Government's Motion to Admit Evidence under Rule 404. The essential legal basis is not fact-specific to one defendant and would appear to apply equally to all defendants if granted. Further, it is in the interest of judicial economy to allow this motion, and government counsel has indicated no objection to the motion to join.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Erin Sheffey

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing notice on Unopposed Motion to join Defendant Brock's Opposition to Government's Motion to Admit Evidence under Rule 404 is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 25th day of July, 2024.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper